# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 7, 2006

129895

PATRICIA MAYS,
          Plaintiff-Appellant,

v

GERALD SCHELL, M.D., and
VALLEY NEUROSURGERY, P.C.,
          Defendants-Appellees,

and

ST. MARY'S MEDICAL CENTER OF
SAGINAW,
          Defendant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129895
COA: 253816
Saginaw CC: 00-034067-NH

On order of the Court, the application for leave to appeal the October 13, 2005 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and REINSTATE the order of the Saginaw Circuit Court granting a new trial. The trial court's decision did not amount to an abuse of discretion in that it fell within a "principled range of outcomes." *City of Novi v Robert Adell Children's Funded Trust*, 473 Mich 242, 254 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2006

_____
Clerk

p0404